UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID BRUCE SPENCER, ET AL. | * | CIVIL ACTION NO. 06-4254 |
| VS. | * | SECTION B |
| KALLIN L. BROOKS, ET AL. | * | MAGISTRATE JUDGE 2 |

*************************************************

## ORDER

Having considered the motion in limine to exclude Finley Hilliard, as an expert witness filed by Kallin L. Brooks and GEICO, Defendants,

**IT IS HEREBY ORDERED** that the motion in limine is GRANTED;

**IT IS FURTHER ORDERED** that Finley Hilliard is hereby stricken as an expert witness for plaintiffs, David and Deborah Spencer, pursuant to *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 15 L.Ed2d 469 (1993).

**DONE AND ORDERED** in New Orleans, Louisiana, on this _____ day of _____, 2009.

_____
JUDGE

CP/39358/#471